UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 – 10 using IP address 173.11.224.197<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:16-cv-00276<br><br>NOTICE OF RELATED CASES |

Pursuant to Local Civil Rule 3(f), Plaintiff Microsoft Corporation ("Microsoft") notifies the Court of several related cases in this district:

| Caption | Cause No. | Date Filed | Assigned to |
|---|---|---|---|
| *Microsoft Corp. v. Mtn. West Computers et al.* | 2:14-cv-1772-RSM | 11/18/2014 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. Gulfcoast Software Solutions, LLC et al.* | 2:14-cv-1851-RSM | 12/05/2014 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. Softbuyers Inc. et al.* | 2:14-cv-1852-RSM | 12/05/2014 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. Advanced Electronic Design, Inc. dba Patrol PC, et al.* | 2:15-cv-186-RSM | 02/09/2015 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. UnyPOS Manufacturing, Inc.* | 2:15-cv-440-RSM | 03/20/2015 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. PC* | 2:15-cv-483-RSM | 03/27/2015 | Hon. Ricardo S. Martinez |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | | |
|---|---|---|---|
| *City (Westminster) Corp., et al.* | | | |
| *Microsoft Corp. v. Communications & Data Systems Consultants, Inc. dba Computer Bay et al.* | 2:15-cv-497-RSM | 03/30/2015 | Hon. Ricardo S. Martinez |
| *Microsoft Corp. v. TekVisions* | 2:15-cv-0663-RSM | 4/28/2015 | Hon. Ricardo S. Martinez |

The cases are substantially related to this action because (a) they each concern substantially the same property (namely, copyrights, trademarks, and other intellectual property owned by Microsoft); and (b) it appears likely there will be an unduly burdensome duplication of judicial resources—as well as the potential for conflicting results—if the cases are conducted before different judges. *See* LCR 3(f)(2).  Because all previously filed actions have been assigned to the Honorable Ricardo S. Martinez, Microsoft respectfully submits that this action should also be assigned to Judge Martinez.

DATED this 25th day of February, 2016.

Davis Wright Tremaine LLP
*Attorneys for Plaintiff Microsoft Corp.*


By *s/ Brooke Howlett*
Brooke Howlett, WSBA #47899
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206)757-8187
Fax: (206)757-7187
E-mail: brookehowlett@dwt.com

NOTICE OF RELATED CASES (2:16-cv-00276)  - 2
DWT 28966036v1 0085000-002474

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax